474 A.2d 668

Commonwealth v. Byrd, Appellant.

Petition for Allowance of Appeal
Denied Aug. 3, 1984.

Submitted November 4, 1983. Robert F. Pappano, Assistant Public Defender, for appellant; Ann Aschauer Osborne, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTGOMERY, JJ.

590

The judgment of sentence of the lower court is hereby affirmed.